*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chanon C. Easton
    Debtor(s)

Case No: 15−13983−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 956 Granite Street, Philadelphia, PA 19124. Fee Amount $181.00, Filed by U.S. BANK OF NATIONAL ASSOCIATION, Et Al... Represented by MATTEO SAMUEL WEINER

    on: 10/31/17

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/17

Timothy B. McGrath
Clerk of Court

49 − 44
Form 167