United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Chanon C. Easton  
    Debtor

Case No. 15-13983-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Pamela    Page 1 of 1    Date Rcvd: Oct 05, 2017  
                   Form ID: 167    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.  
db          +Chanon C. Easton,    956 Granite Street,    Philadelphia, PA 19124-1731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr           AmeriCredit Financial Services, Inc.  
                                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:  
         ALAN B. LISS    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al... bnklaw@aol.com  
         ALAN B. LISS    on behalf of Debtor Chanon C. Easton bnklaw@aol.com  
         ANDREW F GORNALL    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...  
          agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  
          dmaurer@pkh.com;mgutshall@pkh.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...  
          bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...  
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. d/b/a GM  
          Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                   TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chanon C. Easton
    Debtor(s)

Case No: 15–13983–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 956 Granite Street, Philadelphia, PA 19124. Fee Amount $181.00, Filed by U.S. BANK OF NATIONAL ASSOCIATION, Et Al... Represented by MATTEO SAMUEL WEINER

on: 10/31/17

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/17

Timothy B. McGrath
Clerk of Court

49 – 44
Form 167