# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Chanon C. Easton : CHAPTER 13
:
Debtor(s) : BANKRUPTCY NO. 15-13983/ELF

## CERTIFICATION OF NO RESPONSE

I, Alan B. Liss, Esquire, attorney for the above named debtor(s), hereby certify that No Response to the **Motion to Modify Plan After Confirmation,** filed with the Court on **October 31, 2017** has been received by me on this the **4th** day of **December**, **2017.** The requisite time in which to file an Answer having expired, it is hereby requested that the Order be approved forthwith.

DATED: December 4, 2017         /s/ Alan B. Liss
                                ALAN B. LISS, ESQUIRE
                                Attorney for Debtor(s)