**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :           **Chapter 13**
    **CHANON C. EASTON,**                     :
        **Debtor**                          :           **Bky. No.  15-13983 ELF**

# O R D E R

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #54) is **APPROVED**.

**Date: December 6, 2017**

                    **ERIC L. FRANK**
                    **CHIEF U.S. BANKRUPTCY JUDGE**