United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-13983-elf
Chanon C. Easton                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP           Page 1 of 1           Date Rcvd: Dec 06, 2017
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db            +Chanon C. Easton,   956 Granite Street,   Philadelphia, PA 19124-1731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
          ALAN B. LISS    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al... bnklaw@aol.com
          ALAN B. LISS    on behalf of Debtor Chanon C.  Easton bnklaw@aol.com
          ANDREW F GORNALL    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. d/b/a GM
           Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
|     **CHANON C. EASTON,** | : | |
|         Debtor | : | Bky. No.  15-13983 ELF |

# O R D E R

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #54) is **APPROVED**.

**Date: December 6, 2017**

                                    **ERIC L. FRANK**
                                    **CHIEF U.S. BANKRUPTCY JUDGE**