UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Chanon Easton | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 15-13983/JKF |

## AMENDED ORDER TO PAY TO THE TRUSTEE

Pursuant to the provisions of 11 USC 1325(c), and upon motion of Debtor, it is hereby **ORDERED** that for a period of **43** months, or until further order of this Court, Debtor's employer, **Children's Hospital, Attn: Payroll Dept., 34th Civic Center Boulevard, Philadelphia, PA 19104**, shall deduct from the earnings of the Debtor the sum of **$398.00** each **MONTH or a bi-weekly payment of $199.00** beginning on the next pay day following receipt of this Order, and forthwith remit these sums so deducted to and noting thereon the name of Debtor and this case number:

> William C. Miller
> Chapter 13 Trustee
> PO Box 1799
> Memphis, TN  38101-1799

IT IS FURTHER ORDERED that all earnings, wages, commissions and other income of the Debtor be paid to the Debtor or to third parties in accordance with the employer's usual payroll procedure, applicable laws or Court orders, or agreements of the Debtor.

IT IS FURTHER ORDERED that this order shall supersede any previous Orders made to the Debtor's employer that pertain to the Debtor in this or any previous case, and

IT IS FURTHER ORDERED that it is the Debtor's responsibility to serve this Order on his/her employer.

BY THE COURT

_____
United States Bankruptcy Judge

DATED:  12/20/17