United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-13983-elf
Chanon C. Easton                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP        Page 1 of 1         Date Rcvd: Dec 20, 2017
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db          +Chanon C. Easton,   956 Granite Street,   Philadelphia, PA 19124-1731
             Children's Hospital,   Attn: Payroll Department,   34th Civic Center Blvd,
              Philadelphia, PA  19104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              ALAN B. LISS    on behalf of Debtor Chanon C.  Easton bnklaw@aol.com
              ALAN B. LISS    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al... bnklaw@aol.com
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. d/b/a GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Chanon Easton | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 15-13983/JKF |

### AMENDED ORDER TO PAY TO THE TRUSTEE

    Pursuant to the provisions of 11 USC 1325(c), and upon motion of Debtor, it is hereby **ORDERED** that for a period of **43** months, or until further order of this Court, Debtor's employer, **Children's Hospital, Attn: Payroll Dept., 34th Civic Center Boulevard, Philadelphia, PA 19104**, shall deduct from the earnings of the Debtor the sum of **$398.00** each **MONTH or a bi-weekly payment of $199.00** beginning on the next pay day following receipt of this Order, and forthwith remit these sums so deducted to and noting thereon the name of Debtor and this case number:

    William C. Miller
    Chapter 13 Trustee
    PO Box 1799
    Memphis, TN  38101-1799

    IT IS FURTHER ORDERED that all earnings, wages, commissions and other income of the Debtor be paid to the Debtor or to third parties in accordance with the employer's usual payroll procedure, applicable laws or Court orders, or agreements of the Debtor.

    IT IS FURTHER ORDERED that this order shall supersede any previous Orders made to the Debtor's employer that pertain to the Debtor in this or any previous case, and

    IT IS FURTHER ORDERED that it is the Debtor's responsibility to serve this Order on his/her employer.

    BY THE COURT

    _____
    United States Bankruptcy Judge

DATED:  12/20/17