# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chanon C. Easton <br>                  Debtor(s) <br><br> U.S. BANK OF NATIONAL ASSOCIATION (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dates as of April 1, 1982) <br>                  Movant <br>      vs. <br><br> Chanon C. Easton <br>                  Debtor(s) <br><br> and William C. Miller Esq. <br>                  Trustee | Chapter 13 <br><br><br> NO. 15-13983 ELF |

## ORDER

AND NOW, this 30th day of October, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow U.S. BANK OF NATIONAL ASSOCIATION (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dates as of April 1, 1982 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 956 Granite Street, Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE