United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Chanon C. Easton  
    Debtor(s)

Case No. 15-13983-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

**Recip ID    Recipient Name and Address**  
db    + Chanon C. Easton, 956 Granite Street, Philadelphia, PA 19124-1731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

**Name    Email Address**

ALAN B. LISS  
    on behalf of Debtor Chanon C. Easton bnklaw@aol.com

ALAN B. LISS  
    on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION  Et Al... bnklaw@aol.com

ANDREW F GORNALL  
    on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION  Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

KEVIN G. MCDONALD  
    on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION  Et Al... bkgroup@kmllawgroup.com

LEON P. HALLER  
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MATTEO SAMUEL WEINER

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services Inc. d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chanon C. Easton <br>                     Debtor(s) <br><br> U.S. BANK OF NATIONAL ASSOCIATION (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dates as of April 1, 1982) <br>                     Movant <br>    vs. <br><br> Chanon C. Easton <br>                     Debtor(s) <br><br> and William C. Miller Esq. <br>                     Trustee | Chapter 13 <br><br> NO. 15-13983 ELF |

## ORDER

AND NOW, this 30th day of October, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow U.S. BANK OF NATIONAL ASSOCIATION (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dates as of April 1, 1982 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 956 Granite Street, Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE