Certificate Number: 15317-PAE-DE-035079858

Bankruptcy Case Number: 15-13983



15317-PAE-DE-035079858

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2020, at 8:38 o'clock AM PST, Chanon C Easton completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 12, 2020              By:   /s/Khaira Sakaluran

                                       Name: Khaira Sakaluran

                                       Title: Credit Counselor