**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHANON C. EASTON

Bankruptcy 15-13983 ELF

**Debtor**   **CERTIFICATE OF SERVICE**

**AND NOW,** comes Jenean Tucker, from the office of William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Creditor
PHFA
P.O. BOX 15057
HARRISBURG PA 17105

DEBTOR
CHANON C. EASTON
956 GRANITE STREET
PHILA PA 19124

And by electronic service
DEBTOR Attorney
ALAN B. LISS
BRENNER & BRENNER P.C.
1420 WALNUT STREET
SUITE 720
PHILA., PA 19102

U S .Trustee
UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
Philadelphia, PA 19106

/s/ Jenean Tucker

Office of William C. Miller, Esquire
Chapter 13 Standing Trustee

Date 6/3/2021