United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Chanon C. Easton  
Debtor

Case No. 15-13983-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chanon C. Easton, 956 Granite Street, Philadelphia, PA 19124-1731 |
| 13540575 | + | Alan B. Liss, Esquire, 1420 Walnut Street, Suite 720, Philadelphia, PA 19102-4006 |
| 13540577 | + | Debt Recovery, 900 Merchants Concourse 106, Westbury, NY 11590-5114 |
| 13543955 | + | MOHELA/Dept of Ed, 633 Spirit Dr, Chesterfield MO 63005-1243 |
| 13540581 | + | PA Dept. Of Revenue, Bankruptcy Division, PO Box 68610, Harrisburg, PA 17106-8610 |
| 13540583 | + | PGW, Bankruptcy Unit, 3rd Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 13540586 | | Thomas Jefferson University Hosp, PO Box 8500-3100, Philadelphia, PA 19178-3100 |
| 13572330 | | Toyota Motor Credit Corporation, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13716105 | + | U.S. BANK OF NATIONAL ASSOCIATION (Trustee for the, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13549173 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 28 2021 23:25:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13540576 | | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City Of Philadelphia, Water & Sewer/Bankruptcy Dept., 1401 JFK Boulevard, 5th Fl., Philadelphia, PA 19102 |
| 13638711 | + | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13540578 | + | Email/Text: bknotice@ercbpo.com | Jul 28 2021 23:26:00 | Enchanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 13540579 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 28 2021 23:25:00 | GMAC, PO Box 181145, Arlington, TX 76096-1145 |
| 13540580 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 23:26:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

Case 15-13983-elf Doc 91 Filed 07/30/21 Entered 07/31/21 00:36:14 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 21 |

| | | | | |
| --- | --- | --- | --- | --- |
| 13540582 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 28 2021 23:25:00 | PECO Energy, 2301 Market Street, N3-1, Bankruptcy Group, Philadelphia, PA 19103-1338 |
| 13540584 | + | Email/Text: blegal@phfa.org | Jul 28 2021 23:26:00 | PHFA, PO Box 15057, Harrisburg, PA 17105-5057 |
| 13540587 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2021 23:25:00 | Verizon, PO Box 5029, Wallingford, CT 06492-7529 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | AmeriCredit Financial Services, Inc. |
| 13557401 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13609803 | ##+ | Porania LLC, P. O. Box 11405, Memphis, TN 38111-0405 |
| 13540585 | ##+ | SRA Associates, Inc., 401 Minnetonka Road, Hi Nella, NJ 08083-2914 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALAN B. LISS | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... bnklaw@aol.com |
| ALAN B. LISS | on behalf of Debtor Chanon C. Easton bnklaw@aol.com |
| ANDREW F GORNALL | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 21

| | |
|---|---|
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services Inc. d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Chanon C. Easton
      Debtor(s)
                            Bankruptcy No: 15−13983−elf
                            Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                       Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                           For The Court
                                                  Timothy B. McGrath
                                                     Clerk of Court

Dated: 7/28/21

                                                                                                              90 − 89
                                                                                                      Form 138_new